UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

LATOYA T. FERGUSON, on behalf of herself
And all others similarly situated,

                              RULE 7.1 DISCLOSURE

        Plaintiff(s),

    -against-                       08 Civ 2508
                                 (Cedarbaum, J)

TODD, BREMER & LAWSON, INC.,

        Defendant(s).

------------------------------------------x

        Defendant, TODD, BREMER & LAWSON, INC., by its attorney, MEL S. HARRIS AND ASSOCIATES, LLC, alleges that the defendant has no publicly traded parent companies.

Dated:  May 22, 2008

                                 _____
                                 MEL S. HARRIS AND ASSOCIATES LLC
                                 By:  Arthur Sanders (as1210)
                                 Attorneys for defendant
                                 5 Hanover Square, 8th Floor
                                 New York, NY  10004
                                 212-660-1050